```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21861
    MARQUITA WILLIAMS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7971

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/20/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC          .00            .00             .00
CB USA                    UNSECURED           135.00            .00             .00
CITIFINANCIAL AUTO CREDI  UNSECURED              .00            .00             .00
HSBC AUTO FINANCE         SECURED VEHIC   16464.00         1133.07          136.93
HSBC AUTO FINANCE         UNSECURED           474.34            .00             .00
AFNI INC                  UNSECURED        NOT FILED            .00             .00
CAPITAL ONE               UNSECURED           782.64            .00             .00
CITY OF CHICAGO PARKING   UNSECURED            60.00            .00             .00
FAST CASH ADVANCE         UNSECURED        NOT FILED            .00             .00
FIRST CHOICE              UNSECURED        NOT FILED            .00             .00
HARVARD COLLECTION        UNSECURED        NOT FILED            .00             .00
FDS NATIONAL BANK/MACY'S  UNSECURED            51.62            .00             .00
MIDWEST EMERGENCY ASSOCI  UNSECURED        NOT FILED            .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED            .00             .00
SALLIE MAE                UNSECURED        NOT FILED            .00             .00
PAYDAY LOAN               UNSECURED        NOT FILED            .00             .00
UNION CENTRAL             UNSECURED        NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       14.00            .00           14.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                       2,493.94
TOM VAUGHN                TRUSTEE                                           324.45
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            4,102.39

PRIORITY                                         14.00
SECURED                                         136.93
    INTEREST                                  1,133.07
UNSECURED                                           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21861 MARQUITA WILLIAMS
```

```
ADMINISTRATIVE                                              2,493.94
TRUSTEE COMPENSATION                                          324.45
DEBTOR REFUND                                                    .00
                                      ---------------    ---------------
TOTALS                                       4,102.39           4,102.39
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                  /s/ Tom Vaughn
   Dated: 03/05/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```